ANDRÉ BIROTTE JR.
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
PAUL H. ROCHMES (Cal. Bar No. 077928)
GAVIN L. GREENE (Cal. Bar No. 230807)
Assistant United States Attorney
    Room 7211 Federal Building
    300 N. Los Angeles Street
    Los Angeles, California 90012
    Telephone:(213) 894-2413
    Facsimile:(213) 894-0115
    E-mail:paul.rochmes@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>    v.<br><br>JERRY ANTHONY GREGOIRE, JR.,<br>    aka "Jerry Gregoire,"<br>    aka "Jerry Anthony Gregoire,"<br>    and aka "Jerry Anthony<br>    Gregoire, II,",<br><br>    Defendant. | CR 13-00288(B)-R<br><br>Order Granting the Government's Motion for Order Pursuant to Federal Rules of Evidence 803(6) and 902(11) Regarding Authenticity and Admissibility of Records of Check Into Cash, Inc.<br><br>Date:    September 23, 2013<br>Time:    1:30 p.m.<br>Courtroom:    8<br>Location:    United States Courthouse<br>    312 North Spring Street<br>    Los Angeles, California 90012 |

    Plaintiff's Motion for Order Pursuant to Federal Rules of Evidence 803(6) and 902(11) Regarding Authenticity and Admissibility of Records of Check Into Cash, Inc. was heard on September 23, 2013.  Assistant United States Attorney Paul H. Rochmes appeared on behalf of the government and Deputy Federal Public Defender Asal Akhondzadeh appeared on behalf of defendant.  After considering the parties' arguments and  papers filed in support and in opposition to the motion,  it is hereby ordered that Plaintiff's motion is granted, and the documents attached to the

Declaration of Gustavo Marotha, and identified as JG001978 – JG001996 and JG001998 – JG001999 are deemed authenticated and admissible pursuant to Federal Rules of Evidence Rules 803(6) and 902(11), subject only to specific objections, at trial, based on relevancy or prejudice pursuant to Federal Rules of Evidence 402, 403 and 404.

**IT IS SO ORDERED**.

DATED: _September 26, 2013_        _____
                                    MANUEL L. REAL
                                    United States District Judge

Presented by:

ANDRÉ BIROTTE JR.
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division

/s/

PAUL H. ROCHMES
Assistant United States Attorney
Attorneys for United States of America

2