1  ANDRÉ BIROTTE JR.
   United States Attorney
2  SANDRA R. BROWN
   Assistant United States Attorney
3  Chief, Tax Division
   PAUL H. ROCHMES (Cal. Bar No. 077928)
4  GAVIN L. GREENE (Cal. Bar No. 230807)
   Assistant United States Attorney
5       Room 7211 Federal Building
        300 N. Los Angeles Street
6       Los Angeles, California 90012
        Telephone:(213) 894-2413
7       Facsimile:(213) 894-0115
        E-mail:paul.rochmes@usdoj.gov
8
   Attorneys for the United States of America
9

10                 UNITED STATES DISTRICT COURT

11                CENTRAL DISTRICT OF CALIFORNIA

12

13  United States of America,          CR 13-00288(B)-R

          Plaintiff,              Order Granting the Government's Motion
14                                for Order Pursuant to Federal Rules of
                v.                Evidence 803(6) and 902(11) Regarding
15                                Authenticity and Admissibility of Records
                                  of Green Dot Corporation
    JERRY ANTHONY GREGOIRE, JR.,
16      aka "Jerry Gregoire,"
        aka "Jerry Anthony Gregoire,"   Date:        September 23, 2013
17      and aka "Jerry Anthony           Time:        1:30 p.m.
        Gregoire, II,",                  Courtroom:   8
18                                        Location:    United States Courthouse
          Defendant.                                   312 North Spring Street
19                                                     Los Angeles, California
                                                       90012
20

21

22       Plaintiff's Motion for Order Pursuant to Federal Rules of Evidence 803(6) and

23  902(11) Regarding Authenticity and Admissibility of Records of Green Dot Corporation

24  was heard on September 23, 2013.  Assistant United States Attorney Paul H. Rochmes

25  appeared on behalf of the government and Deputy Federal Public Defender Asal

26  Akhondzadeh appeared on behalf of defendant.  After considering the parties'

27  arguments and  papers filed in support and in opposition to the motion,  it is hereby

28  ordered that Plaintiff's motion is granted, and the documents attached to the

Declaration of Nicole Murlowski, and identified as JG002132-JG002260, JG002266-JG002377, and JG002386-JG002614 are deemed authenticated and admissible pursuant to Federal Rules of Evidence Rules 803(6) and 902(11), subject only to specific objections, at trial, based on relevancy or prejudice pursuant to Federal Rules of Evidence 402, 403 and 404.

   **IT IS SO ORDERED**.


DATED: _September 26, 2013_                    _____

                                               MANUEL L. REAL
                                               United States District Judge


Presented by:

ANDRÉ BIROTTE JR.
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division

/s/

PAUL H. ROCHMES
Assistant United States Attorney
Attorneys for United States of
America

2